**UNITED STATES DISTRICT COURT**  **JS-6**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 16-1689-JFW (Ex)**                                      Date: November 29, 2016

Title:        Robert Ambers, et al. -v- Bank of America, N.A., et al.

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| **Shannon Reilly** | **None Present** |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
                    None                                                                                None

**PROCEEDINGS (IN CHAMBERS):        ORDER OF DISMISSAL**

Based on the Declaration of Tim G. Ceperley filed on November 22, 2016, Dkt. No. 27, it appears that the parties have settled this action. As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before December 22, 2016. The Court will retain jurisdiction for the sole purpose of enforcing the settlement until December 22, 2016. Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice. All dates in this action, including the trial date are vacated.

IT IS SO ORDERED.

Initials of Deputy Clerk   sr